UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LaSHAWN YOUNG,

        Plaintiff,

Case No. 10-CV-14717

v.

HON. GEORGE CARAM STEEH

COMMUNITY EMERGENCY
MEDICAL SERVICE, INC.,

        Defendant.
_____/

### ORDER DENYING PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL (#17)

Plaintiff LaShawn Young, currently appearing pro se, filed an application for appointment of counsel financial affidavit. The Sixth Circuit has held that appointment of counsel is not a constitutional right in a civil case. Lavado v. Keohane, 992 F.2d 601, 605-606 (6th Cir. 1993). Appointment is justified only under exceptional circumstances and is not appropriate "when the chances of success are extremely slim." Id. at 606. In determining whether appointment is appropriate, the court also reviews the complexity of the issues presented and the plaintiff's ability to represent himself. Id. A district court's decision regarding appointment is reviewed for abuse of discretion. In this case, plaintiff provides no reason, let alone exceptional circumstances, necessitating appointment of counsel in this case. The facts and legal issues involved appear relatively straight-forward. Because plaintiff has not set forth exceptional circumstances justifying court-appointed counsel in this civil case, plaintiff's request is DENIED.

IT IS SO ORDERED.

Dated: July 13, 2011

                                       S/George Caram Steeh
                                       GEORGE CARAM STEEH
                                       UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 13, 2011, by electronic and/or ordinary mail and upon LaShawn Young at 14790 Woodmont, Detroit, MI 48227.

s/Marcia Beauchemin
Deputy Clerk