UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LaSHAWN YOUNG,

       Plaintiff,

                                          Case No. 10-CV-14717

v.

                                          HON. GEORGE CARAM STEEH

COMMUNITY EMERGENCY
MEDICAL SERVICE, INC.,

       Defendant.
_____/

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER
DENYING PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL (#21)

       On July 13, 2011, this court entered an order denying plaintiff's request for appointment of counsel. On July 19, 2011, plaintiff filed a motion for reconsideration. Local Rule 7.1(g)(3) of the Local Rules of the United States District Court for the Eastern District of Michigan provides:

> [M]otions for rehearing or reconsideration which merely present the same issues ruled upon by the court, either expressly or by reasonable implication, shall not be granted. The movant shall not only demonstrate a palpable defect by which the court and the parties have been misled but also show that a different disposition of the case must result from a correction thereof.

As stated in the July 13, 2011 order, appointment of counsel is not a constitutional right in a civil case and is justified only under exceptional circumstances. See Lavado v. Keohane, 992 F.2d 601, 605-606 (6th Cir. 1993). In determining whether appointment is appropriate, the court reviews the complexity of the issues presented and the plaintiff's ability to represent himself. Id. Here, plaintiff appears aware of his legal rights

and the issues involved appear straight-forward.  While plaintiff's motion for reconsideration provides more detail than his earlier request, it does not provide a palpable defect by which the court has been misled.  Now, therefore,

IT IS HEREBY ORDERED that plaintiff's motion for reconsideration is DENIED.

Dated:  July 26, 2011

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 26, 2011, by electronic and/or ordinary mail and upon LaShawn Young at 14790 Woodmont, Detroit, MI 48227.

s/Marcia Beauchemin
Deputy Clerk