UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LaSHAWN YOUNG,

       Plaintiff,

v.

       Case No. 10-CV-14717

       HON. GEORGE CARAM STEEH

COMMUNITY EMERGENCY
MEDICAL SERVICE, INC.,

       Defendant.
_____/

ORDER GRANTING PLAINTIFF'S MOTION FOR
LEAVE TO FILE AMENDED COMPLAINT (#22)

On November 28, 2010, plaintiff filed a complaint against Community Emergency Medical Service, Inc., alleging racial discrimination in violation of 42 U.S.C. §1981 and Michigan's Elliott-Larsen Civil Rights Act, MCL §37.2101, *et seq.* On July 21, 2011, plaintiff, acting *pro se*, filed a motion for leave to file an amended complaint. Plaintiff seeks to add federal claims of discrimination based on race and disability. Any responses to plaintiff's motion were due August 9, 2011. Defendants did not file a response by the deadline. Plaintiff's motion for leave is therefore GRANTED and **plaintiff is instructed to file his amended complaint with the court within 21 days of this order**.

On July 25, 2011, plaintiff filed another action against the same defendant, and a division of defendant, asserting the claims he sought to add to his complaint in this case through the filing of his motion for leave to file amended complaint. Because the court is granting plaintiff leave to file an amended complaint in this case, it appears the later-filed action, Young v. Community Emergency Medical Service, Inc. and Life Support

<u>Training Institute</u>, Case No. 11-13233, is duplicative and unnecessary. The court assumes plaintiff consents to the dismissal of the later-filed action in light of this order. Upon the filing of plaintiff's amended complaint in this case, Case No. 11-13233 shall be dismissed unless, by that date, objections are filed for consideration by the court.

IT IS SO ORDERED.

Dated: August 16, 2011

<u>S/George Caram Steeh</u>
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 16, 2011, by electronic and/or ordinary mail and upon
LaShawn Young at 14790 Woodmont, Detroit, MI 48227.

<u>s/Marcia Beauchemin</u>
Deputy Clerk

---