UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LaSHAWN YOUNG,

        Plaintiff,

Case No. 10-CV-14717

v.

HON. GEORGE CARAM STEEH

COMMUNITY EMERGENCY
MEDICAL SERVICE, INC.,

        Defendant.
_____/

ORDER DENYING PLAINTIFF'S MOTION TO
ALLOW ADMISSION OF AUDIO RECORDINGS (#37)

On October 13, 2011, plaintiff filed a motion to allow the admission of multiple audio recordings. The court does not see a basis for granting plaintiff's motion at this time. The court therefore DENIES plaintiff's motion to allow admission of audio recordings.

IT IS SO ORDERED.

Dated: January 13, 2012

                                  S/George Caram Steeh
                                  GEORGE CARAM STEEH
                                  UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 13, 2012, by electronic and/or ordinary mail and upon
LaShawn Young at 14790 Woodmont, Detroit, MI 48227.

s/Marcia Beauchemin
Deputy Clerk